## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fabozzi v. Lexington Insurance Company     Docket No.: 15-911

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Donald G. Sweetman, Esq.

Firm: Gennet, Kallmann, Antin & Robinson, P.C.

Address: 6 Campus Drive, Parsippany, New Jersey 07054

Telephone: 973-285-1919     Fax: 973-285-1177

E-mail: dsweetman@gkar-law.com

Appearance for: Lexington Insurance Company/Appellee
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Michael S. Leavy, Esq., Gennett, Kallmann, Antin, et al. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[ ] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 21, 2013     OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ 4/10/15

Type or Print Name: Donald G. Sweetman