United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 13, 2015
Docket #: 15-911cv
Short Title: Fabozzi v. Lexington Insurance Company

DC Docket #: 04-cv-4835
DC Court: EDNY (BROOKLYN)
DC Judge: Brodie
DC Judge: Mann

### ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee / respondent's counsel Acknowledgment and Notice of Appearance was due on April 10, 2015. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee / respondent's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8623.