# GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

| | | |
|---|---|---|
| Stanley W. Kallmann * <br> Mark L. Antin ◊ <br> Richard S. Nichols † <br> Donald G. Sweetman ○ <br><br> Brian J. Bolan * <br> Mark L. Mahan * <br><br> Samuel A. Gennet <br> (1936-1998) <br><br> ✧ Member NY Bar <br> * Member NJ & NY Bars <br> □ Member NJ, PA & MA Bars <br> ◊ Member NJ, NY & FL Bars <br> ○ Member NJ, NY & CT Bars <br> † Certified by the Supreme Court of <br> New Jersey as a Civil Trial Attorney | 6 Campus Drive <br> Parsippany NJ 07054-4406 <br><br> (973) 285-1919 <br> FAX (973) 285-1177 <br> gkar@gkar-law.com <br><br> Litman Suite <br> 140 Broadway, 38th Floor <br> New York NY 10005 <br> (212) 406-1919 <br><br> The Metropolitan Business Center <br> 860 First Avenue, Suite 5B <br> King of Prussia, PA 19406 <br> (610) 337-2087 <br> FAX (610) 337-2575 <br> nzangrilli@mcda-law.com | Of Counsel to the firm <br><br> Renee A. Fatovic * <br> Michael S. Leavy ✧ <br> William G. Hanft ◊ <br><br> Harry Robinson, III <br> (1973-2000) <br><br> PA Managing Attorney <br> Nancy Zangrilli (Of Counsel) □ <br><br> **www.gkar-law.com** <br><br> **Please Reply to Parsippany** |

July 8, 2015

*Via: ECF*

Clerk
United States Court of Appeals
Second Circuit
U.S. Courthouse
40 Foley Square
New York, New York 10007
Attn: Dana Ellwood, Deputy Clerk

   Re: Fabozzi, Paul and Annette v. Lexington Ins. Co. et al.
     Civil Action No. : 15-0911-cv
     Our File No. : 02-5642:47.0029-S

Dear Ms. Ellwood:

 I represent Appellee, Lexington Insurance Company in connection with the above matter. I received Appellants' brief on July 6, 2015. Pursuant to L.R.31.2(a)(1)(B), I respectfully request October 5, 2015 as the deadline for the submission of Appellee's brief.

            Respectfully,

            GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

DGS/glt        By:

            DONALD G. SWEETMAN
            dsweetman@gkar-law.com

cc: Eric R. Breslin, Esq.
   Melissa S. Geller, Esq.